UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK DEXTER NORFLEET, JR.,
    Plaintiff,

vs.                                                Case No.: 3:16cv413/MCR/EMT

LIEUTENANT G. TAYLOR, et al.,
    Defendants.
_____/

## O R D E R

This case is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated November 27, 2017 (ECF No. 43). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objection has been filed.

Having considered the Report and Recommendation, and the record, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Taylor's motion for summary judgment (ECF No. 40) is **GRANTED**.

3. Defendant Lane's motion to dismiss (ECF No. 32) is **GRANTED** as to Plaintiff's retaliation claim, but **DENIED** as to Plaintiff's Eighth Amendment claim and Plaintiff's request for compensatory and punitive damages.

4. This matter is recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendant Lane and Defendant "Officer Carter."

**DONE AND ORDERED** this 25th day of January 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**