IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK DEXTER NORFLEET, JR.,
    Plaintiff,

vs.                                         Case No.:  3:16cv413/MCR/EMT

BRANDON LANE
and JUSTIN CARR,
    Defendants.
_____/

## SUPPLEMENTAL REPORT AND RECOMMENDATION

After the undersigned issued the Report and Recommendation on Defendant Carr's motion to dismiss (*see* ECF No. 55), the court received Plaintiff's late response to Carr's motion to dismiss (*see* ECF No. 56).[1]  Upon review of Plaintiff's response, the undersigned concludes that it does not change the reasoning or result of the previously issued Report and Recommendation, which recommends denial of Defendant Carr's motion to dismiss.

Accordingly, it is respectfully **RECOMMENDED**:

1.    That Defendant Carr's motion to dismiss (ECF No. 48) be **DENIED**, for the reasons set forth in the Report and Recommendation issued May 14, 2018 (ECF No. 55).

---

[1] Plaintiff's response was due by March 30, 2018 (*see* ECF No. 54).  Plaintiff filed his response on May 14, 2018 (*see* ECF No. 56).

2. That this matter be recommitted to the undersigned for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Carr and Lane.

At Pensacola, Florida, this 18<u>th</u> day of May 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**