# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DERRICK DEXTER NORFLEET, JR.,

    Plaintiff,

v.                                        CASE NO. 3:16cv413/MCR/EMT

BRANDON LANE and JUSTIN CARR,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 14, 2018, ECF No. 55, as supplemented, ECF No. 57. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Carr's motion to dismiss, ECF No. 48, is **DENIED**.

3. This matter is recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Carr and Lane.

**DONE AND ORDERED** this 29th day of August 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**