UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DERRICK DEXTER NORFLEET,**
**DC #X10286**

     **Plaintiff,**　　　　　　　　**CASE NO.: 3:16-CV-413-MCR/EMT**

**vs.**

**LIEUTENANT G. TAYLOR,**
**CORRECTIONS OFFICERS**
**BRANDON LANE AND JUSTIN CARR,**
**IN THEIR INDIVIDUAL CAPACITY,**

     **Defendants.**
_____/

### DEFENDANT CARR'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL

Defendant Carr, through undersigned counsel, hereby answers Plaintiff's Second Amended Complaint, as follows:

### ANSWER

Defendant denies all allegations contained in Plaintiff's Second Amended Complaint unless specifically admitted herein.

**I. PLAINTIFF**

Admitted that Derrick Dexter Norfleet is the Plaintiff. Denied that Union Correctional Institution (UCI) is Plaintiff's current place of confinement. Upon information and belief, Plaintiff is presently incarcerated at Martin Correctional

Institution (MCI) where he is serving a life sentence. Admitted that Plaintiff was transferred from Florida State Prison (FSP) to Santa Rosa Correctional Institution (SRCI) on January 25, 2016.

## II. DEFENDANTS

Admitted that Defendant Carr was employed at Santa Rosa Correctional Institution, 5850 E. Milton Road, Milton, FL 32583 at all relevant times.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Without knowledge, therefore, denied that Plaintiff exhausted his administrative remedies regarding all claims in this case.

## IV. PREVIOUS LAWSUITS

Without knowledge as to whether this section is representative of the extent of Plaintiff's litigation history, therefore denied.

## V. STATEMENT OF FACTS

1. Paragraph 1 - Admitted Plaintiff was incarcerated at Florida State Prison.
2. Without knowledge concerning paragraphs 2 to 21, therefore denied.
3. Paragraphs 22 through 31 are denied.
4. Without knowledge concerning paragraphs 32 to 35, therefore denied.
5. Paragraph 36 - Admitted that Plaintiff lunged at Inmate Taylor. Denied that Inmate Taylor possessed a knife.
6. Paragraph 37 - Denied that Inmate Taylor initiated the altercation with

Plaintiff. Without knowledge regarding statements made by Inmate Taylor, therefore denied. Denied that Plaintiff's head was "busted open."

7. Paragraphs 38 through 42 are denied.

8. Paragraph 43 - Admitted that pictures were taken of Plaintiff and Inmate Taylor's injuries.

9. Paragraph 44 - Without knowledge, therefore denied.

10. Paragraphs 45 through 52 are denied.

## VI. STATEMENT OF CLAIMS

Paragraph 53 - Please see responses to paragraphs 1 – 52 above.

Paragraphs 54 through 57 are denied.

## VII. RELIEF REQUESTED

Paragraph 58 is denied.

Paragraph 59 is admitted.

Paragraphs 60 through 62 – Denied that Plaintiff is entitled to damages.

Paragraph 63 – Denied that Plaintiff is entitled to appointment of counsel or an award of fees.

## **AFFIRMATIVE DEFENSES**

1. To the extent Plaintiff has failed to exhaust his administrative remedies, his claims are barred.

2. Plaintiff has failed to establish any constitutionally cognizant injury.

3. Plaintiff's damages claims are barred by 42 U.S.C. § 1997e.

4. Defendant Carr acted reasonably within the discretion of his position and the course and scope of employment and did not violate any clearly established law or statutory or constitutional right of the Plaintiff of which a reasonable person would have known.

5. Defendant Carr is entitled to qualified immunity from suit.

6. Plaintiff has failed to demonstrate a causal connection between Plaintiff's claimed injuries and any action or inaction by Defendant Carr.

7. Plaintiff is not entitled to compensatory or punitive damages, is not entitled to mental or emotional damages, and is not entitled to any other damages or costs.

**RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT**

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

**DEMAND FOR JURY TRIAL**

Defendant demands trial by jury on all issues so triable.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

/s/ Damaris E. Reynolds
DAMARIS E. REYNOLDS
Assistant Attorney General
Florida Bar No. 0037176
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Damaris.Reynolds@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and will be furnished by U.S. mail to: DERRICK DEXTER NORFLEET, Jr., DC #X10286, Martin Correctional Institution, 1150 SW Allapatah Road, Indiantown, FL 34956 on this 11th day of September, 2018.

/s/ Damaris E. Reynolds
Damaris E. Reynolds, Esq.
Assistant Attorney General