IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK DEXTER NORFLEET, JR.,
    Plaintiff,

vs.                                    Case No.: 3:16cv413/MCR/EMT

BRANDON LANE
and JUSTIN CARR,
    Defendants.
_____/

## ORDER

Pursuant to the court's Case Management and Scheduling Order, the court has provided the parties with a second, brief discovery period for trial preparation for the claims that are going to trial (i.e., Plaintiff's Eighth Amendment claims against Defendants Lane and Carr) (*see* ECF No. 20).[1]  This case is now ready to be set for trial; therefore, the parties are directed to address the following pre-trial matters:

    1.    While the parties have an absolute right to trial by jury, they are reminded that this case may also be heard by a judge sitting as trier of fact.  The parties are advised that a judge trial may generally proceed in a less costly and more timely fashion.  For these reasons, if the parties wish to waive their right to a trial by jury, they may do so by communicating their waivers to the court.

---

[1] Plaintiff requested production of his medical file and certain video recordings from Santa Rosa Correctional Institution (*see* ECF Nos. 66, 67).  Defendants complied with the requests, indicating that Plaintiff was provided an opportunity to review his medical file, and that no video recordings existed (*see* ECF No. 68).  Defendants requested, and were granted, an opportunity to depose Plaintiff (*see* ECF No. 63, 64).

2.  Plaintiff and Defendants shall be required to file certain pre-trial information, including a narrative written statement, a list of exhibits, and a list of witnesses with a summary of their expected trial testimony, as set forth in detail below.

Accordingly, it is **ORDERED**:

1.  If the parties wish to waive their right to a jury trial, they shall communicate their waivers to the court on or before **JANUARY 2, 2019.**

2.  On or before **JANUARY 2, 2019**, and bearing in mind the directives in this order, Plaintiff shall file with the court and serve upon Defendants the following:

    a.  A written narrative statement of the facts that will be presented on his behalf through oral or documentary evidence at trial;

    b.  A list of the exhibits he will offer into evidence at trial;

    c.  A list of the full names and addresses of all the witnesses whom Plaintiff intends to call and a succinct summary of the expected testimony of each of those witnesses. Plaintiff shall indicate which witnesses, if any, are inmates. The court may, upon request by Plaintiff and the exercise of its discretion, issue writs ad testificandum in a case of this nature to procure the presence of inmate witnesses at trial. The court has no authority, however, to allocate funds to pay unincarcerated witnesses whose attendance at trial is procured by subpoena. Accordingly, the court will not issue subpoenas for such witnesses unless Plaintiff first demonstrates his

ability to pay the witnesses' travel expenses (the current mileage rate is at 54.5 cents each way) plus the daily witness fee of $40.00 for each witness.

3.  On or before **JANUARY 16, 2019**, Defendants shall serve upon Plaintiff and file with the court the following:

   a.  A written narrative statement of the facts that will be presented on their behalf through oral or documentary evidence at trial;

   b.  A list of the exhibits they will offer into evidence at trial;

   c.  A list of the full names and addresses of all the witnesses whom Defendants intend to call and a succinct summary of the expected testimony of each of those witnesses.

4.  Failure of the parties to disclose fully in the pre-trial materials required herein the substance of the evidence to be offered at trial will result in the exclusion of that evidence at trial.  The only exceptions will be (1) matters which the court determines were not discoverable at the time; (2) privileged matters; and (3) matters to be used solely for impeachment purposes.

**DONE AND ORDERED** this 3rd day of December 2018.

>   /s/ *Elizabeth M. Timothy*
>   **ELIZABETH M. TIMOTHY**
>   **CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No: 3:16cv413/MCR/EMT